| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

**1. Debtor's name**    **RBX, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **43-1366856**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3551 N. Farm Road 209** <br> **Strafford, MO 65757** <br> Number, Street, City, State & ZIP Code | **PO Box 2118** <br> **Springfield, MO 65801** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Greene** <br> County | **Location of principal assets, if different from principal place of business** <br> **3351 N. Farm Road 209 Strafford, MO 65757** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **rbxinc.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **RBX, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)_____
　　　　Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | _____ |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | | 　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | | 　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | 　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | 　☐ A plan is being filed with this petition. |
| | | 　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | 　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | 　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. |
| | | ☐ Yes. |
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | | ☐ Yes. |

Official Form 201　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　page 2

Debtor  **RBX, Inc.**                                                                Case number (*if known*)
     Name

List all cases. If more than 1,
attach a separate list
    Debtor _____   Relationship _____
    District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49             ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99            ☐ 5001-10,000         ☐ 50,001-100,000<br>■ 100-199          ☐ 10,001-25,000       ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000         ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000         ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ■ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion |

| Debtor | **RBX, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 13, 2024**
              MM / DD / YYYY

X **/s/ James A. Keltner**                                      **James A. Keltner**
Signature of authorized representative of debtor                 Printed name

Title   **CEO**

**18. Signature of attorney**

X **/s/ Sharon L. Stolte**                                      Date   **December 13, 2024**
Signature of attorney for debtor                                        MM / DD / YYYY

**Sharon L. Stolte #41133**
Printed name

**Sandberg Phoenix & von Gontard PC**
Firm name

**4600 Madison Ave., Suite 1000**
**Kansas City, MO 64112**
Number, Street, City, State & ZIP Code

Contact phone   **816-627-5543**          Email address   **sstolte@sandbergphoenix.com**

**#41133 MO**
Bar number and State

```
A1 WINDSHIELD
315 N DELAWARE
SPRINGFIELD MO 65802


ACCUTRACE TESTING
3921 W GREEN OAKS BLVD ST D
ARLINGTON TX 76016


AIRE-MASTER OF AMERICA INC
PO BOX 2310
NIXA MO 65714


ALLIED TOWING OF TULSA
2505 EAST KING STREET
TULSA, OK 74110


ATLAS SECURITY SERVICE INC
1309 EAST REPUBLIC ROAD
SUITE B
SPRINGFIELD MO 65804


ATTORNEY GENERAL
MAIN JUSTICE BLDG
950 PENNSYLVANIA AVE NW
WASHINGTON, DC #####-####


BAYMONT INN & SUITES I44
1610 E EVERGREEN STREET
SPRINGFIELD MO 65803


BIG BOY'S TOWING & RECOVERY
18515 HISTORIC RTE 66
PACIFIC, MO 63069


BMO - Harris Bank
PO Box 71951
Chicago IL 60694


BOSS SHOP, INC.
CORP BILL DEPT 100
PO BOX 830604
BIRMINGHAM, AL 35283
```

BRIDGESTONE
62861 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

BRINES TOWING SERVICE
500 SOUTH WRENWOOD STREET
STRAFFORD, MO 65757

C & R AUTO GLASS
PO BOX 821
BOLIVAR, MO 65613

CENTRAL GEORGIA EMC
923 S MULBERRY ST
JACKSON GA 30233

CERAMEX NORTH AMERICA LLC
2401 EAST SUNSHINE
SPRINGFIELD, MO 65804

CONCENTRA
PO BOX 75410
OKLAHOMA CITY OK 73147-0410

CONTINENTAL TIRE INC
PO BOX 745388
Atlanta GA 30374

CONVOY SYSTEMS LLC
333 N. JAMES STREET
KANSAS CITY KS 66118

CROWS TRUCK CENTER, INC.
5500 DAVIDSON ROAD
MEMPHIS, TN 38118-7903

EPES TRANSPORT SYSTEM LLC
IP-GEORGETOWN SPOTTING
PO BOX 35605
GREENSBORO, NC 27425

FLEET PRIDE, INC.
PO BOX 847118
DALLAS TX 75284-7118

```
FLEETPRIDE, INC.
SOUTHERN REGION
PO BOX 281811
ATLANTA GA 30384-1811


FROST OIL COMPANY, INC.
PO BOX 604112
CHARLOTTE NC 28260


GLOBAL AUDITING
2265 CLEMENTS FERRY ROAD
CHARLESTON SC 29492


GOODYEAR TIRE AND RUBBER CO INC
P.O. BOX 277808
ATLANTA, GA 30384-7808


GRIFFITH TOWING & TRANSPORT
3750 HACKS CROSS RD SUITE 102
MEMPHIS TN 38125


HENRY'S TOWING INC
2806 S FARM ROAD 115
BROOKLINE MO 65619


Hireright Solutions
PO BOX 847891
DALLAS, TX 75284-7891


Hometrust Bank
19520 W Catawba Ave
Suite 111B
Cornelius NC 28013


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNATIONAL PAPER
601 COUNTY ROAD 78
SELMA AL 36703


INTERSTATE UTILITY TRAILER
PO BOX 11530
CINCINNATI, OH 45211
```

```
JIM HAWK TRUCK TRAILERS INC
PO BOX 34193
KANSAS CITY MO 64120


JJ KELLER AND ASSOCIATES
P.O. BOX 735492
CHICAGO IL 60673-5492


KRAM TIRE INTERNATIONAL
P.O.BOX 246
CONLEY GA 30288


KT HEALTH CLINIC
2032 E KEARNEY ST
#108
SPRINGFIELD MO 65803


L&L AUTO GLASS, INC.
PO BOX 752
JACKSON, GA 30228


LINDE GAS & EQUIPMENT, INC
DEPT CH 10660
PALATINE, IL 60055-0660


LMS INTELLIBOUND, INC.
3086 MOMENTUM PLACE
CHICAGO, IL 60689-5330


LOVE'S TRAVEL STOPS & COUNTRY STORES, IN
PO BOX 842568
KANSAS CITY, MO 64184-2568


MACON OCCUPATIONAL INC
124 THIRD STREET
MACON GA 31201-3404


MARK STEELE COMMUNICATIONS
5620 SOUTH MCCANN AVE
SPRINGFIELD, MO 65804


MHC
PO BOX 412582
Kansas City MO 64141
```

```
MICHELN NORTH AMERICA INC
12398 COLLECTIONS CENTER
DRIVE
CHICAGO IL 60693


MIDWEST WHEEL COMPANIES, INC.
PO BOX 1461
DES MOINES, IA 50305-1461


MISSOURI DEPT OF REVENUE
PO BOX 475
JEFFERSON CITY MO 65105-0475


MONDAY TRAILERS
6321 E FARM RD 104
STRAFFORD, MO 65757


NATIONAL FASTENER CORP.
P O BOX 27391
OMAHA NE 68127-0391


NEXTRAN TRUCK CENTERS, INC
3915 N.E. RANDOLPH ROAD
KANSAS CITY, MO 64161


NIC TECHNOLOGIES, LLP
PO BOX 74008301
CHICAGO, IL 60674-8301


NITEL, INC.
LOCKBOX DEPT 4929
CAROL STREAM, IL 60122-4929


O'Bannon
PO Box 890
Buffalo MO 65622


O'REILLY AUTO PARTS
PO BOX 9464
SPRINGFIELD MO 65801-9464


OFFEN PETROLEUM
5100 E 78TH AVE
COMMERCE CITY, CO 80022
```

```
OMNITRACS, LLC
FILE NO. 54210
LOS ANGELES CA 90074-4210


OZARKO TIRE
PO BOX 1087
WEST PLAINS MO 65775


Paccar
PO Box 642945
Pittsburgh PA 15264-2945


PACCAR PARTS FLEET SERVICES PROCESSING
PO BOX 731165
DALLAS TX 75373-1165


PEOPLEREADY, INC
1002 SOLUTIONS CENTER
CHICAGO IL 60677-1000


PHILLIPS PRINTING CO LLC
9897 W FARM RD 160
REPUBLIC MO 65738


PREMIER TRUCK GROUP
PO BOX 840827
DALLAS, TX 75284-0827


QUASAR DATA CENTER
PO BOX 795
ELKHART TX 75839


QUICK CHANGE OIL & LUBE INC
101 E OLIVE
STRAFFORD MO 65757


RAND MCNALLY
1100 W IDAHO ST
SUITE 330
BOISE ID 83702


READ BUSINESS FORMS, LLC
2925 E CHESTNUT EXPY STE C
SPRINGFIELD MO 65802
```

ROBERTS MCKENZIE MANGAN &
4035 S. FREMONT
SPRINGFIELD MO 65804


RPM TOWING
614 N FARM ROAD 115
SPRINGFIELD MO 65802


RUSH ENTERPRISES, INC
C/O IBS
PO BOX 2208
DECATUR, AL 35609-2208


SAFETY VISION
6100 W SAM HOUSTION PKWY N
HOUSTON TX


SAFETY-KLEEN CORP
PO BOX 975201
DALLAS TX 75397-5201


SAMSARA
1 DE HARO ST
SAN FRANCISCO CA 94107


SCHELLENBERG ENTERPRISES INC
406 TIGERSWITCH ROAD
PO BOX 520
CATOOSA OK 74015


Signature Financial aka Flagstar Financi
PO BOX 5524
Hicksville NY 11802


SMALL BUSINESS ADMINISTRATION
1000 WALNUT ST
SUITE 500
KANSAS CITY MO 64106-2156


Southern Bank
4803 S NATIONAL STE 100
Springfield MO 65810

```
SUMNERONE LEASING DIVISION
PO BOX 5180
ST. LOUIS, MO 63139-0180


T&W TIRE
PO BOX 258859
OKLAHOMA CITY, OK 73125-8859


TAG TRUCK CENTER OF SPRINGFIELD
C/O IBS
PO BOX 2208
DECATUR, AL 35609-2208


TECH SUPPLY
A DIVISION OF TECH INCORPORATED
PO BOX 411834
KANSAS CITY, MO 64141-1834


THE VERNON COMPANY
ONE PROMOTION PLACE
PO BOX 600
NEWTON, IA 50208-0600


THERMO KING OF SPRINGFIELD, LLC
4901 E. KEARNEY STREET
SPRINGFIELD, MO 65803


THERMO KING OF THE SOUTHEAST LLC
695 GARDEN COMMERCE PARKWAY
WINTER GARDEN, FL 34787


TRAILER SERVICE INC
PO BOX 9595
MONTGOMERY, AL 36108


TRANSPORT TRUCK & TRAILER SERVICE
27081 HWY 5
LEBANON, MO 65536


TRAVEL CENTERS OF AMERICA, INC.
PO BOX 641906
CINCINNATI OH 45264-1906
```

```
TRIMBLE TRANS ENTERPRISE SOLUTIONS
PO BOX 203455
DALLAS, TX 75320-3455


UNIFIRST CORPORATION
PO BOX 650481
DALLAS, TX 75265-0481


UNIFIRST CORPORATION
2244 NORTH BOLIVAR ROAD
SPRINGFIELD, MO 65803


US ATTORNEY WDMO
BANKR PROCESSING
400 EAST 9TH ST
ROOM 5510
KANSAS CITY, MO 64,106.00


UTILITY TRI-STATE, INC.
P.O. BOX 206992
DALLAS TX 75320-6992


WALDINGER CORP
P.O. BOX 1612
DES MOINES IA 50306-1612


Webster Sterling
500 7th Ave
3rd Floor
New York NY 10018


WICK'S TRUCK TRAILERS INC
2135 WEST OLD RTE 66
STRAFFORD MO 65757


WINDER AND COMPANY, INC.
2860 W CATALPA
SPRINGFIELD, MO 65802


Woodforest Bank
PO BOX 7889  The Woodlands TX  77387
The Woodlands TX 77387
```

```
YOKOHAMA TIRE CORPORATION
7859 SOLUTION CENTER
CHICAGO, IL 60677-7008
```

## United States Bankruptcy Court
### Western District of Missouri

In re  **RBX, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: **December 13, 2024**

**/s/ James A. Keltner**
**James A. Keltner**/**CEO**
Signer/Title

Fill in this information to identify the case:

Debtor name: **RBX, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CERAMEX NORTH AMERICA LLC<br>2401 EAST SUNSHINE<br>SPRINGFIELD,, MO 65804 | | | | | | $16,986.64 |
| CONTINENTAL TIRE INC<br>PO BOX 745388<br>Atlanta, GA 30374 | | | | | | $26,287.99 |
| FLEET PRIDE, INC.<br>PO BOX 847118<br>DALLAS, TX 75284-7118 | | | | | | $17,965.29 |
| FROST OIL COMPANY, INC.<br>PO BOX 604112<br>CHARLOTTE, NC 28260 | | | | | | $22,752.57 |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, IN<br>PO BOX 842568<br>KANSAS CITY,, MO 64184-2568 | | | | | | $32,301.06 |
| MICHELN NORTH AMERICA INC<br>12398 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | | | | $204,365.00 |
| MIDWEST WHEEL COMPANIES, INC.<br>PO BOX 1461<br>DES MOINES,, IA 50305-1461 | | | | | | $14,153.69 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

| Debtor | **RBX, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **MONDAY TRAILERS** 6321 E FARM RD 104 STRAFFORD,, MO 65757 | | | | | | $65,861.40 |
| **OFFEN PETROLEUM** 5100 E 78TH AVE COMMERCE CITY,, CO 80022 | | | | | | $292,044.74 |
| **OMNITRACS, LLC** FILE NO. 54210 LOS ANGELES, CA 90074-4210 | | | | | | $48,366.77 |
| **OZARKO TIRE** PO BOX 1087 WEST PLAINS, MO 65775 | | | | | | $22,840.27 |
| **PACCAR PARTS FLEET SERVICES PROCESSING** PO BOX 731165 DALLAS, TX 75373-1165 | | | | | | $361,401.16 |
| **QUASAR DATA CENTER** PO BOX 795 ELKHART, TX 75839 | | | | | | $17,628.18 |
| **ROBERTS MCKENZIE MANGAN &** 4035 S. FREMONT SPRINGFIELD, MO 65804 | | | | | | $48,015.14 |
| **SAFETY VISION** 6100 W SAM HOUSTION PKWY N HOUSTON, TX | | | | | | $25,603.51 |
| **TRANSPORT TRUCK & TRAILER SERVICE** 27081 HWY 5 LEBANON,, MO 65536 | | | | | | $13,679.08 |
| **TRAVEL CENTERS OF AMERICA, INC.** PO BOX 641906 CINCINNATI, OH 45264-1906 | | | | | | $27,904.87 |

Debtor **RBX, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TRIMBLE TRANS ENTERPRISE SOLUTIONS** PO BOX 203455 DALLAS,, TX 75320-3455 | | | | | | $35,423.48 |
| **UTILITY TRI-STATE, INC.** P.O. BOX 206992 DALLAS, TX 75320-6992 | | | | | | $19,124.25 |
| **Woodforest Bank** PO BOX 7889  The Woodlands TX 77387 The Woodlands, TX 77387 | | Trailers (50) 7624-7673 | | $117,399.13 | $0.00 | $117,399.13 |